# EXHIBIT A

## Buy Tirzepatide online

Tirzepatide injections are GLP-1 agonist medications used to treat obesity and aid in dramatic weight loss. Tirzepatide are both once-weekly injections that require no change in diet or lifestyle to produce weight loss results of greater than 50 lb in as little as 6 months. When used along with an individualized low-calorie, low-fat diet and exercise program to help with weight loss, overweight adults who may also have high blood pressure, diabetes, or high cholesterol see significant progress across all health markers. Tirzepatide injections are a class of medications called glucagon-like-peptide-1 (GLP-1) agonists, although Tirzepatide has enhanced effects as a glucose-dependent insulinotropic polypeptide (GIP) agonist that produce more drastic weight loss results.

Tirzepatide works by stimulating both GLP-1 and glucagon receptors on pancreatic beta cells, which leads to increased insulin release into the bloodstream. In clinical trials, Tirzepatide Therapy was found to be safe and effective for reducing HbA1c levels by up to 1.7%.

Tirzepatide Therapy also has been proven to improve beta cell function and reduce fasting plasma glucose levels compared with placebo. Additionally, Tirzepatide Therapy has been found to lower triglycerides and non-HDL cholesterol levels while increasing HDL cholesterol levels in diabetic patients. Tirzepatide Therapy may offer a unique advantage over other treatments for diabetes as it can be used alone or in combination with existing medications such as metformin or sulfonylureas.

The dual receptor agonism of Tirzepatide Therapy allows for greater control over insulin secretion and glycemic control without additional risk of hypoglycemia or weight gain typically associated with traditional therapies. Tirzepatide Therapy has quickly become a promising option for those looking for an effective way to manage their diabetes with minimal side effects.

If you're ineligible to receive therapy or medications after consultation with Valhalla Vitality provider – you will be fully refunded!

Book a consultation to speak to a provider about treatment options

Source: https://valhallavitality.com/product/tirzepatide-therapy

Shop > All Therapies and Services > Tirzepatide Therapy

### Tirzepatide Therapy

$259.90 – $633.65 — available on subscription

**Tirzepatide injection** is GLP-1 agonist medication used to treat obesity and aid in dramatic weight loss in adults as an adjunct to diet and exercise.

Alert: As of October 2, 2024, the U.S. Food and Drug Administration has removed tirzepatide from its Drug Shortage List. This means that all doses of the drug are generally available for patients by the commercial manufacturer.

Tirzepatide comes in the form of a sterile liquid solution that is administered via subcutaneous injection once weekly.

Book a consultation to speak to a provider about treatment options

Please note that the "Strength" you select represents the quantities of active ingredients in this medication.
The duration for which your medication will last depends on your individualized dosing schedule.
This item is cold shipped and can not be shipped to a PO Box, or APO/DPO

Source: https://valhallavitality.com/product/tirzepatide-therapy

> Tirzepatide works by stimulating both GLP-1 and glucagon receptors on pancreatic beta cells, which leads to increased insulin release into the bloodstream. In clinical trials, Tirzepatide Therapy was found to be safe and effective for reducing HbA1c levels by up to 1.7%.

Source: https://valhallavitality.com/product/tirzepatide-therapy

> **Buy Tirzepatide online**
>
> Tirzepatide injections are GLP-1 agonist medications used to treat obesity and aid in dramatic weight loss. Tirzepatide are both once-weekly injections that require no change in diet or lifestyle to produce weight loss results of greater than 50 lb in as little as 6 months. When used along

Source: https://valhallavitality.com/product/tirzepatide-therapy

> Tirzepatide Therapy also has been proven to improve beta cell function and reduce fasting plasma glucose levels compared with placebo. Additionally, Tirzepatide Therapy has been found to lower triglycerides and non-HDL cholesterol levels while increasing HDL cholesterol levels in diabetic patients. Tirzepatide Therapy may offer a unique advantage over other treatments for diabetes as it can be used alone or in combination with existing medications such as metformin or sulfonylureas.
>
> The dual receptor agonism of Tirzepatide Therapy allows for greater control over insulin secretion and glycemic control without additional risk of hypoglycemia or weight gain typically associated with traditional therapies. Tirzepatide Therapy has quickly become a promising option for those looking for an effective way to manage their diabetes with minimal side effects.

Source: https://valhallavitality.com/product/tirzepatide-therapy