# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff, | ) **Jury Demanded** |
| v. | ) Case No. Click to type |
| VALHALLA VITALITY LLC, | ) Hon. Judge Click to type<br>) Magistrate Judge Click to type |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Eli Lilly and Company, by and through its undersigned counsel, makes the following disclosures:

Plaintiff Eli Lilly and Company has no parent corporation, is publicly traded on the New York Stock Exchange, and no publicly held corporation owns 10% or more of the Plaintiff.

Plaintiff understands that under Rule 7.1, it must promptly file a supplemental statement upon any change in required information.

Dated: January 13, 2025

Respectfully submitted,

*/s/ Michael A. Glick*
Michael A. Glick

James F. Hurst, P.C. (*pro hac vice* forthcoming)
Diana M. Watral, P.C. (*pro hac vice* forthcoming)
Ryan Moorman (*pro hac vice* forthcoming)
Robin A. McCue (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
james.hurst@kirkland.com
diana.watral@kirkland.com
robin.mccue@kirkland.com

Joshua L. Simmons, P.C. (#4882577)
Jeanna M. Wacker, P.C. (#4254058)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
joshua.simmons@kirkland.com
jeanna.wacker@kirkland.com

Michael A. Glick (#4669016)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
michael.glick@kirkland.com

*Attorneys for Plaintiff*
*ELI LILLY AND COMPANY*