**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Eli Lilly and Company

CIVIL ACTION NO.: 25-CV-00196-SIL

*Plaintiff*

vs

Valhalla Vitality LLC

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **1/14/2025** at **1:50 PM** at **15801 Cross Bay Blvd, Howard Beach, NY 11414**

undersigned served a(n) **Summons in a Civil Action, Plaintiff Eli Lilly and Company's Complaint for False Advertising and Deceptive Trade Practices with Exhibit A, Corporate Disclosure Statement, Notice of Appearance of Joshua L. Simmons, P.C., Notice of Appearance for Jeanna M. Wacker, P.C., Court Notice, Court Notice, Notice of Option to Consent to Magistrate Judge Jurisdiction, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, One Copy of Plaintiff Eli Lilly and Company's Complaint for False Advertising and Deceptive Trade Practices, Civil Cover Sheet, Exhibit A Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Individual Motion Practices of Magistrate Judge Steven I. Locke**

on **Valhalla Vitality LLC**,

by delivering thereat a true copy of each to **Gill "Doe" (Refused to Give Last Name)** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race:  Hispanic
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Glasses

I affirm on 01/15/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nicholai Aaron Granados
License No.2114994